RECEIVED
IN ALEXANDRIA, LA.
OCT 29 2013
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES STAFON HARDY | DOCKET NO. 13-CV-695; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| TIM KEITH, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of Rule 41 of the Federal Rules of Civil Procedure and Rule 41.3 of the Local Rules of the Western District of Louisiana.

Additionally, the Court notes the copy of the report and recommendation mailed August 16, 2013 to Mr. Hardy's last known address was returned to the Clerk of Court on August 26, 2013, marked "return to sender." Thirty days have passed since August 26, 2011, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 29th day of October, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT